In The United States District Court For the District of Columbia

Keith Russell Judd For President of USA

v.

United States of America, Respondents

No. 05-CV-1221

## Amended Notice of Appeal

Petitioner, Judd, ProSe, hereby amends his notice of appeal of the June 22, 2005, order on an Independent Action under Fed R. Civ Pro Rule 60(b), for Relief From Judgment in a 28 U.S.C. § 2255 proceeding. See Gonzalez v. Crosby, No. 04-6432, decided June 23, 2005, Supreme Court held Rule 60(b) Motion, is not a successive habeas AEDPA. And in Mayle v. Felix, No. 04-563, decided June 23, 2005, Supreme Court held Amended Habeas Petition, could Relate-back under Rule 15(c); Rules Enabling Act, 28 U.S.C. § 2072(b); Bell v. Thompson, No. 04-514, decided June 27, 2005, Supreme Court - Stay of Mandate issue, see Real ID Act of 2005, Pub. L. No. 109-13, 119 Stat. 231 (May 11, 2005), as applied.

Respectfully Submitted

Date: July 19, 2005

Keith Russell Judd For President of US.
Reg. # 11593-051 Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887
(570) 326-1551