In The United States District Court For The District of Columbia

Keith Russell Judd For President of USA, Petitioner

v.

United States of America, Respondent.

No. 05-CV-1221

Motion For Relief From Judgment

Petitioner, Judd, Prose, hereby, moves this Court for relief from the June 22, 2005, Judgment, pursuant to, Fed.R.Civ.P. Rule 60(b). Under Gonzales v. Crosby, 125 S.Ct. 2641 (2005), the Supreme Court held that a Rule 60(b) Motion could be used to attack a 28 U.S.C. § 2255 Judgment.

Since this is an Independent Action, under Rule 60(b), that only attacks the civil 2255 Judgment, this Court has jurisdiction. See, Judd v. USDC WDTx, et al, No. 05-CV-0780.

Date: August 9, 2005
www.vote-smart.org

Respectfully submitted,
Judd

Keith Russell Judd For President of USA
Reg. # 11593-051, Gregg Unit
LSCI Allenwood
P.O. Box 1000
White Deer, PA, 17887
(570) 326-1551