UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Keith Russell Judd,  )
            )
    Petitioner,  )
            )
v.          )   Civil Action No. 05-1221
            )
United States of America,  )
            )
    Respondent.  )

ORDER

This matter is before the Court on petitioner's motion for a certificate of appealability and separate motions for relief from judgment entered on June 22, 2005. Petitioner is a federal prisoner seeking to appeal the denial of his habeas petition brought under 28 U.S.C. § 2241. A certificate of appealability is not required under such circumstances. *Sugarman v. Pitzer*, 170 F.3d 1145, 1146 (D.C. Cir. 1999). Petitioner has presented no grounds for vacating the dismissal order under Fed. R. Civ. P. 59 or 60. Accordingly, it is

ORDERED that petitioner's motion for a certificate of appealability [# 6] is DENIED; and it is

FURTHER ORDERED that petitioner's motions for relief from judgment [## 7, 9] are DENIED.

Date: 9/12/05

_____
United States District Judge